JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY & BUTTER, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE PARK, an individual; and DOES 1 through 10,<br><br>Defendants. | **CASE NO.:** 8:17-cv-02194-JVS-JDE<br><br>**JUDGE:** The Hon. James V. Selna<br><br>**ORDER OF DISMISSAL**<br><br>**ACTION FILED:** Dec. 15, 2017 |
| CHRISTINE PARK, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>HONEY & BUTTER, LLC, a California Limited Liability Company<br><br>Counter-Defendant. | |

///
///
///

1
**ORDER OF DISMISSAL**

4694162.1 -- N1692.2

## ORDER

Pursuant to Rule 41(a)(1)(ii) and (a)(2) of the Federal Rules of Civil Procedure, this action in its entirety, including both the Complaint and Counterclaim, as to all defendants and counter-defendants is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 14, 2018     By: _____
　　　　　　　　　　　　　　　　　　The Honorable James V. Selna
　　　　　　　　　　　　　　　　　　United States District Court Judge

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

*HONEY & BUTTER, LLC v. CHRISTINE PARK and related cross-action.*
8:17-cv-02194-JVS-JDE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707.**

On September 13, 2018, I served the foregoing document described as **ORDER OF DISMISSAL** on the interested parties in this action.

by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

**BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed in the Service List.

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
(Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 13, 2018, at Santa Ana, California.

*/s/ Suzanne St. Clair*
Suzanne St. Clair

4629689.1 – N1692.2

# SERVICE LIST

HONEY & BUTTER, LLC v. CHRISTINE PARK and related cross-action
**8: 17-cv-02194-JVS-JDE**

David V. Jafari, Esq.
Saul Acherman, Esq.
JAFARI LAW GROUP, INC.
18201 Von Karman Avenue, Suite 1190
Irvine, CA  92612

Telephone:  (949) 362-0100
E-Mails:  djafari@jafarilawgroup.com

sacherman@jafarilawgroup.com